IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARIE CRAVENS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-222 |
| § | |
| RICARDO ONTIVEROS, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, all claims brought by Plaintiffs against Defendant are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. All Parties are **ORDERED** to bear their own costs and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT.** All relief not herein provided is **DENIED**.

**IT IS SO ORDERED**.

**DONE** this 27th day of February, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge